No. 296.   JOHNSON *v.* MUELBERGER.   Court of Appeals of New York.   Certiorari granted.   *William E. Leahy* and *William J. Hughes, Jr.* for petitioner.   *Louis Flato* for respondent.

No. 318.   MOORE, ADMINISTRATRIX, *v.* CHESAPEAKE & OHIO RAILWAY Co.   C. A. 4th Cir.   Certiorari granted. *Geo. E. Allen* for petitioner.   *Walter Leake* and *Meade T. Spicer, Jr.* for respondent.

No. 329.   AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 998, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD; and
No. 330.   AMALGAMATED ASSOCIATION OF STREET, ELECTRIC RAILWAY AND MOTOR COACH EMPLOYEES OF AMERICA, DIVISION 998, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL.   Supreme Court of Wisconsin. Certiorari granted. *David Previant* for petitioners. *Thomas E. Fairchild,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *Malcolm L. Riley,* Assistant Attorney General, for the Wisconsin Employment Relations Board et al., respondents. *Van B. Wake* for the Milwaukee Electric Railway & Transport Co., respondent in No. 330.   *Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, filed a brief for the State of Michigan, as *amicus curiae,* in support of respondents.   Reported below: 257 Wis. 43, 53, 42 N. W. 2d 471, 477.

No. 176.   HARDING *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   *Alexander W. Parker* for petitioner.